# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 2:10-MJ-0071 DAD
)
EDDIE TERRELL WILSON )

**FILED**
MAR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **EDDIE TERRELL WILSON**

Detained at (custodian): **Avenal State Prison**

Detainee is:  a.)  ☒ charged in this district by:
  ☐ Indictment    ☐ Information    ☒ Complaint
  Charging Detainee With: **bank robbery**

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ William S. Wong
Printed Name & Phone No: **WILLIAM S. WONG - (916) 554-2790**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

3/22/10
Date
/s/ Dale A. Drozd
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | T743341 | DOB: | |
| Facility Address: | 1 Kings Way | Race: | |
| | Avenal, CA 93204 | FBI #: | |
| Facility Phone: | (559) 386-0587 | | |
| Currently Incarcerated For: | parole violation | | |

### RETURN OF SERVICE

Executed on _____ by _____

_____
(Signature)

Form Crim-48                                         Revised 11/19/97