1  THE LAW OFFICES OF MARK J. REICHEL
   MARK J. REICHEL, Bar #155034
2  455 CAPITOL MALL 3rd FLOOR SUITE 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   mark@reichellaw.com
4
   Attorney for Defendant
5  EDDIE WILSON

6

7                   IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    ) NO. CR.S-10-164-JAM
11              Plaintiff,          )
                                    ) STIPULATION AND ORDER;  ORDER ON
12      v.                          ) EXCLUSION OF TIME
                                    )
13                                  ) Date: October 19, 2010
                                    ) Time: 9:30 a.m.
14 EDDIE WILSON                     ) Judge: Hon. John A. Mendez
                Defendant.          )
15 _____

16      **IT IS HEREBY STIPULATED** by and between the parties hereto through

17 their respective counsel, WILLIAM S. WONG, Assistant United States

18 Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney

19 for defendant, that the present date for the status hearing be vacated

20 and re calendared for October 19, 2010 at 9:30 a.m.

21      This continuance is requested as defense counsel needs adequate

22 time to prepare for the case.  Defense counsel will soon receive a

23 large volume of discovery and will be researching for motions to file.

24 The parties are also engaged in discussions to potentially resolve the

25 case.

26      Accordingly, all counsel and defendants agree that time under the

27 Speedy Trial Act from the date this stipulation is lodged, through

28 Stip and Order

October 19, 2010 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 9, 2010.          Respectfully submitted,

                                   MARK J. REICHEL, ESQ.

                                   /s/ MARK J. REICHEL
                                   MARK J. REICHEL
                                   Attorney for defendant


                                   BENJAMIN WAGNER
                                   United States Attorney

DATED: September 9, 2010.          /s/MARK J. REICHEL for:
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 9, 2010.


                                   /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   United States District Court

Stip and Order                                  2