```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CASE NO. 2:10-CR-00164 JAM
                                )
12              Plaintiff,      )
                                )
13       v.                     )   STIPULATION AND
                                )   ORDER TO EXCLUDE TIME
14  EDDIE TERRELL WILSON        )
                                )
15                              )
                Defendant.      )
16  _____)
17
18       The parties request that the status conference in this case
19  be continued from November 2, 2010 to December 14, 2010 at 9:30
20  a.m.  They stipulate that the time between November 2, 2010 and
21  December 14, 2010 should be excluded from the calculation of time
22  under the Speedy Trial Act.  The parties stipulate that the ends
23  of justice are served by the Court excluding such time, so that
24  counsel for the defendant may have reasonable time necessary for
25  effective preparation, taking into account the exercise of due
26  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, defense
27  counsel needs additional time to review the discovery that has
28  been provided in this matter to date and to perform additional
```

1

investigation.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATE: October 29, 2010       By:  /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

DATE: October 29, 2010           /s/ Mark Reichel
                                          MARK REICHEL
                                          Attorney for Defendant

                                          **SO ORDERED.**

DATE: 10/29/2010
                                          /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          U.S. District Judge