THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
455 CAPITOL MALL 3rd FLOOR SUITE 350
Sacramento, California  95814
Telephone: (916) 498-9258
mark@reichellaw.com

Attorney for Defendant
EDDIE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-10-164-JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER;  ORDER ON |
| v. ) | EXCLUSION OF TIME |
| ) | |
| ) | Date: February 8 2011 |
| ) | Time: 9:30 a.m. |
| EDDIE WILSON ) | Judge: Hon. John A. Mendez |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present date for the status hearing be vacated and re calendared for February 8, 2011 at 9:30 a.m.

This continuance is requested as defense counsel needs adequate time to prepare for the case.  Defense counsel will soon receive a large volume of discovery and will be researching for motions to file. The parties are also engaged in discussions to potentially resolve the case.

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

Stip and Order

February 8 2011 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: January 14, 2011.        Respectfully submitted,

                                    MARK J. REICHEL, ESQ.

                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for defendant

                                    BENJAMIN WAGNER
                                    United States Attorney

DATED: January 14, 2011.        /s/MARK J. REICHEL for:
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: January 14, 2011.

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    United States District Court