```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDDIE TERRELL WILSON<br><br>　　　　　Defendant. | CASE NO. 2:10-CR-00164 JAM<br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from March 8, 2011 to April 26, 2011 at 9:30 a.m. They stipulate that the time between March 8, 2011 and April 26, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to review the discovery that has been provided in this matter to date and to perform

additional investigation.  The parties have also reached a tentative plea agreement that needs to be formalized.  Defense counsel will need additional time to review the terms of the plea agreement with the defendant in order to prepare for the change of plea hearing. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: March 7, 2011        By:  /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

DATE: March 7, 2011        By:  /s/ Mark Reichel
                                        MARK REICHEL
                                        Attorney for Defendant

                                        **SO ORDERED.**

DATE: 3/7/2011
                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        U.S. District Judge