1  THE LAW OFFICES OF MARK J. REICHEL
   MARK J. REICHEL, Bar #155034
2  455 CAPITOL MALL 3rd FLOOR SUITE 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   mark@reichellaw.com
4
   Attorney for Defendant
5  EDDIE WILSON

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    ) NO. CR.S-10-164-JAM
11             Plaintiff,           )
                                    ) STIPULATION AND ORDER;  ORDER ON
12     v.                           ) EXCLUSION OF TIME
                                    )
13                                  ) Date: May 24, 2011
                                    ) Time: 9:30 a.m.
14 EDDIE WILSON                     ) Judge: Hon. John A. Mendez
               Defendant.           )
15 _____

16     **IT IS HEREBY STIPULATED** by and between the parties hereto through

17 their respective counsel, HEIKO COPPOLA, Assistant United States

18 Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney

19 for defendant, that the present date for the status hearing be vacated

20 and re calendared for May 24, 2011 at 9:30 a.m.

21     This continuance is requested as defense counsel needs adequate

22 time to prepare for the case.  Defense counsel and the government are

23 engaged in discussions to potentially resolve the case.

24     Accordingly, all counsel and defendants agree that time under the

25 Speedy Trial Act from the date this stipulation is lodged, through May

26 24 2011 should be excluded in computing the time within which trial

27 must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §

28 Stip and Order

1  3161 (H)(7)(B)(iv) and Local Code T4.

2  DATED: May 6, 2011.            Respectfully submitted,

3                                 MARK J. REICHEL, ESQ.

4                                 /s/ MARK J. REICHEL
                                  MARK J. REICHEL
5                                 Attorney for defendant

6

7                                 BENJAMIN WAGNER
                                  United States Attorney
8

9  DATED: May 6, 2011.            /s/MARK J. REICHEL for:
                                  HEIKO COPPOLA
10                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
11

12                          **O R D E R**

13      **IT IS SO ORDERED.**  Time is excluded in the interests of justice

14  pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

15
    DATED: May 6, 2011.
16

17
                                  /s/ John A. Mendez
18                                THE HONORABLE JOHN A. MENDEZ
                                  United States District Court
19

Stip and Order                       2